31 So.2d 95

### Claudus COCHRAN, Jr., v. STATE.

### 7 Div. 919.

Supreme Court of Alabama.

June 19, 1947.

Roberts, Cunningham & Hawkins, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Claudus (alias Sonny) Cochran, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Cochran v. State, Ala.App., 31 So.2d 94.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.